**Order entered December 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00313-CR

**CARLA GAY JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA17-40154-L**

## ORDER

After reviewing the reporter's record in this appeal, the Court notes two exhibits are missing. We **ORDER** court reporter Sharina Fowler to file, **WITHIN TEN DAYS** of the date of this order, a supplemental reporter's record containing (1) State's Exhibit #1, labeled "Police Body Cam Video" and (2) State's Exhibit #11, labeled "911 Call."

/s/     CRAIG STODDART
        JUSTICE